IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAFIS S. STARR,<br>　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>EQUIFAX, TRANS UNION and EXPERIAN,<br>　　　　　　*Defendants*. | :<br>:<br>:<br>:   CIVIL ACTION<br>:   NO. 22-5012<br>:<br>:<br>: |

### ORDER

**AND NOW,** this **27th** day of **February, 2024**, upon consideration of Trans Union, LLC's Motion for Judgment on the Pleadings (ECF No. 29), and Experian Information Solution, Inc.'s Notice of Joinder in Trans Union, LLC's Motion for Judgment on the Pleadings (ECF No. 30), and the Court having conducted an independent review of the complaint and the defendant's motion, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.　The Complaint is **DISMISSED WITH PREJUDICE;** and

2.　The Defendant's request for fees and costs is **DENIED**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**